IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY LEVINE LONON, JR., )
)
    Plaintiff, )
)
v. ) CASE NO. CV412-216
)
UNITED STATES DEPARTMENT OF )
HEALTH AND HUMAN SERVICES, )
)
    Defendant. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 27), to which no objections have been filed (Doc. 5). Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Defendant's Motion for Summary Judgment (Doc. 22) as to Plaintiff's FOIA claims for his own medical records is **GRANTED**. Defendant's Motion to Dismiss (id.) as to Plaintiff's FOIA claims for Tim Nunally's medical records is **GRANTED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of June 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA